**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LORENZO SEGURA, | ) | NO. CV 08-1413-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. FELKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: May 22, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE